UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOMINO, | Case No. 20-cv-05862-JST |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Domino v. Kentucky Fried Chicken*, 19-cv-08449-HSG.

**IT IS SO ORDERED.**

Dated:  August 24, 2020



JON S. TIGAR
United States District Judge