UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOMINO,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. 20-cv-05862-HSG<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On December 14, 2021, the Court denied Plaintiff's motion to proceed in forma pauperis, with leave to amend. *See* Dkt. No. 11. The Court directed Plaintiff to file any amended complaint and motion to proceed in forma pauperis within 45 days. *See id.* at 8. The Court made clear in its order that failure to adhere to this deadline would result in the dismissal of this action. *Id.* Because Plaintiff did not submit an amended complaint, this action is dismissed without prejudice. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 3/8/2021

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge